

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:09-MJ-1778-1

| United States Of America | ) | |
|---|---|---|
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| Johnny Danger | ) | |

On October 5, 2010, Johnny Danger appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to 18 U.S.C. §13, assimilating NCGS 20-138.1, Driving While Impaired - Level 4, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on July 13, 2011, the court finds as a fact that Johnny Danger, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 120 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the defendant be allowed to voluntarily report to the designated institution upon notification of the U.S. Marshal.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 13th day of July, 2011.

James E. Gates
U.S. Magistrate Judge